| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Martin Carpenter, et al.<br>                    Plaintiff,<br><br>v.<br><br>Marathon Petroleum Corporation, et al.<br>                    Defendant, | Court File Number<br>0:21-cv-02268<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware  } SS
County of New Castle }

I, Denorris Brit, state that on Friday, October 22, 2021 at 10:58 AM I served the Summons, Complaint and Civil Cover Sheet upon Marathon Petroleum Corporation, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy Mclaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Marathon Petroleum Corporation, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 10/22/2021         _____
                           Denorris Brit

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 259902 3111

Re: 6111-001



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-