| United States District Court | DISTRICT OF MINNESOTA |
|---|---|
| Martin Carpenter, et al. | Court File Number |
| Plaintiff, | 0:21-cv-02268-PJS-ECW |
| v. | |
| Marathon Petroleum Corporation, et al. | |
| Defendant, | Affidavit of Service |

State of Minnesota )
County of Hennepin )

I, Timothy B. Clemens, state that on Friday, October 22, 2021 at 9:52 AM I served the Summons, Complaint and Civil Cover Sheet upon St. Paul Park Refining Co. LLC, DBA Marathon St. Paul Park Refinery, therein named, personally at 1010 Dale Street North, Saint Paul, MN 55117, by handing to and leaving with Martina Ashman, Agent for CT Corporation Systems, Inc., authorized to accept service, the Registered Agent for St. Paul Park Refining Co. LLC, DBA Marathon St. Paul Park Refinery, a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct.  Minnesota Statute § 358.116.

Dated: 10/22/2021     _____
Timothy B. Clemens, Process Server


*2505646 - 1*


METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com