UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Martin Carpenter and Jaclyn Ott on behalf of Themselves and all Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Marathon Petroleum Corporation and St. Paul Park Refining Co. LLC, d/b/a Marathon St. Paul Park Refinery,<br><br>　　　　Defendants. | Case Number:  21-cv-02268-PJS-ECW<br><br><br><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiffs Martin Carpenter and Jaclyn Ott and Defendants Marathon Petroleum Corporation and St. Paul Park Refining Co. LLC, d/b/a Marathon St. Paul Park Refinery ("Defendants"), through their respective counsel, hereby stipulate and agree, subject to the Court's approval, that the time for Defendants to answer or otherwise respond to the Complaint in the above-entitled matter—which was served on October 22, 2021—shall be extended to and including December 10, 2021.

The parties request that the Court enter an order granting this stipulated extension.

Date:  November 1, 2021

        **GUSTAFSON GLUEK PLLC**

        By: *s/ David Goodwin*
        Daniel E. Gustafson (#202241)
        Amanda M. Williams (#0341691)
        David A. Goodwin (#0386715)
        Ling S. Wang (#399447)
        Canadian Pacific Plaza
        120 South 6th Street, Suite 2600
        Minneapolis, MN 55402
        Tel: (612) 333-8844
        dgustafson@gustafsongluek.com
        awilliams@gustafsongluek.com
        dgoodwin@gustafsongluek.com
        lwang@gustafsongluek.com

        **Attorneys for Plaintiffs**

Date:  November 1, 2021        **LARSON • KING, LLP**

        By:  *s/ Shawn M. Raiter*
        Shawn M. Raiter (#240424)
        2800 Wells Fargo Place
        30 East Seventh Street
        St. Paul, Minnesota 55101
        Telephone: (651) 312-6500
        sraiter@larsonking.com

        **Attorneys for Defendants**