UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Martin Carpenter and Jaclyn Ott on behalf of Themselves and all Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Marathon Petroleum Corporation and St. Paul Park Refining Co. LLC, d/b/a Marathon St. Paul Park Refinery,<br><br>        Defendants. | Case Number: 21-cv-02268-PJS-ECW<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the stipulation of the parties (Dkt. No. 7), the Court extends Defendants' time to answer or otherwise respond to the Complaint in the above-entitled matter to and including December 10, 2021.

IT IS SO ORDERED.

Dated: _____
                                                              Hon. Patrick J. Schiltz
                                                              Judge, District of Minnesota