## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Martin Carpenter and Jaclyn Ott on behalf of Themselves and all Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Marathon Petroleum Corporation and St. Paul Park Refining Co. LLC, d/b/a Marathon St. Paul Park Refinery,<br><br>　　　　Defendants. | Case Number: 21-cv-02268-PJS-ECW<br><br>**ORDER** |

This case is before the Court on the Stipulation to Extend Time to Respond to Complaint (Dkt. 7). Having considered the Stipulation, **IT IS ORDERED** that Defendant shall have until and including December 10, 2021 to answer or otherwise respond to the Complaint.

Dated: November 1, 2021　　　　　　　*s/Elizabeth Cowan Wright*
　　　　　　　　　　　　　　　　　　ELIZABETH COWAN WRIGHT
　　　　　　　　　　　　　　　　　　United States Magistrate Judge