# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Martin Carpenter and Jaclyn Ott on behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Marathon Petroleum Corporation and St. Paul Park Refining Co. LLC, d/b/a Marathon St. Paul Park Refinery,<br><br>　　　　　Defendants. | Case Number: 21-cv-02268-PJS-ECW<br><br>**PLAINTIFFS' L.R. 7.1 WORD COUNT CERTIFICATE OF COMPLIANCE** |

　　The undersigned hereby certifies that, pursuant to Local Rule 7.1(f), Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Strike Class Allegations contains 6,580 words, as determined through the word count feature of the Microsoft Office Word 2016 word processing software used to prepare the memorandum. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

Dated: January 26, 2022　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　By: */s/David A. Goodwin*
　　　　　　　　　　　　　　　　　　　　Daniel E. Gustafson (#202241)
　　　　　　　　　　　　　　　　　　　　Amanda M. Williams (#0341691)
　　　　　　　　　　　　　　　　　　　　David M. Goodwin (#0386715)
　　　　　　　　　　　　　　　　　　　　Ling S. Wang (#399447)
　　　　　　　　　　　　　　　　　　　　**GUSTAFSON GLUEK PLLC**

Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com
lwang@gustafsongluek.com

Nicholas A. Migliaccio*
Jason S. Rathod*
Mark D. Patronella*
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Suite 302
Washington, DC 20002
Telephone: (202) 470-3520
Nmigliaccio@classlawdc.com
jrathod@classlawdc.com
mpatronella@classlawdc.com

*Counsel for Plaintiffs*
*\*Admitted Pro Hac Vice*