# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Martin Carpenter and Jaclyn Ott on behalf
of Themselves and all Others Similarly
Situated,

    Plaintiffs,      Case Number:  21-cv-02268-PJS-ECW

v.

Marathon Petroleum Corporation and St.
Paul Park Refining Co. LLC, d/b/a Marathon
St. Paul
Park Refinery,

     **PLAINTIFFS' NOTICE OF**
   **VOLUNTARY DISMISSAL, WITHOUT**
       **PREJUDICE**

     Defendants.

   Plaintiffs Martin Carpenter and Jaclyn Ott hereby dismiss this action without prejudice

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 10, 2022      Respectfully Submitted,


        By: */s/David Goodwin*_____
        Daniel  E. Gustafson (#202241)
        Amanda M. Williams (#0341691)
        David M. Goodwin (#0386715)
        Ling S. Wang (#399447)
        **GUSTAFSON GLUEK PLLC**
        Canadian Pacific Plaza
        120 South  6th  Street, Suite 2600
        Minneapolis, MN 55402
        Tel: (612) 333-8844
        *dgustafson@gustafsongluek.com*
        *awilliams@gustafsongluek.com*
        *dgoodwin@gustafsongluek.com*
        *lwang@gustafsongluek.com*

        Nicholas A. Migliaccio*
        Jason S. Rathod*
        Mark D. Patronella*
        **MIGLIACCIO & RATHOD LLP**
        412 H Street N.E., Suite 302
        Washington, DC 20002
        Telephone: (202) 470-3520

*Nmigliaccio@classlawdc.com*
*jrathod@classlawdc.com*
*mpatronella@classlawdc.com*

***Counsel for Plaintiffs***